ELI SLOAN # 496764O8
Name and Prisoner/Booking Number

CCA-CADC
Place of Confinement

PO BOX 6300
Mailing Address

FLORENCE, ARIZONA 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
            FILED  ✓    LODGED ___
            RECEIVED ___  COPY ___
                JAN 17 2017
            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY _____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ELI SLOAN,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) NAVAJO NATION,
(Full Name of Defendant)

(2) TUBA CITY REGIONAL HEALTH CARE CORP.,

(3) CORRINE WALKER M.D.,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-16-08220-PCT-PGR-(DMF)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"JURY TRIAL DEMANDED"

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: T.C.R.H.C./TUBA CITY, AZ AND CCA-CADC/FLORENCE, AZ

## B. DEFENDANTS

1. Name of first Defendant: __NAVAJO NATION__. The first Defendant is employed as: __AUTHORITIVE GOVERNMENT, OWNER AND OPERATOR__ at __HEADQUATERS - NAVAJO NATION - WINDOW ROCK__.
   (Position and Title)                                                                                                  (Institution)

2. Name of second Defendant: __TUBA CITY REGIONAL HEALTH CARE CORP.__ The second Defendant is employed as: as: __CORPORATE ENITY/HOSPITAL, MANGEMENT/SUPERVISION__ at __TUBA CITY REGIONAL HEALTH CARE__.
   (Position and Title)                                                                                                  (Institution)

3. Name of third Defendant: __CORRINE WALKER M.D.__. The third Defendant is employed as: __MEDICAL DOCTOR/PROVIDER, S.A.N.E NURSE/DOCTOR__ at __TUBA CITY REGIONAL HEALTH CARE__.
   (Position and Title)                                                                                                  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                                                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? __ZERO__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: FOURTH AMENDMENT, DUE PROCESS, PROBABLE CAUSE, TO BE FREE OF "FABRICATED" MATERIAL FACT(S)

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☑ Other: FALSE S.A.N.E. MEDICAL REPORT(S)

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   M.D. WALKER MADE/PROVIDED FALSE/PERJURIOUS S.A.N.E. MEDICAL REPORT(S)(No. 106179) AND GAVE "PERJURY" ON THE WITNESS-STAND IN TRIAL(S). M.D. WALKER PROVIDED FALSE S.A.N.E. MEDICAL REPORTS TO: C.I. INVESTIGATIONS"; NAVAJO NATION POLICE, FBI, GRAND JURY, DIST AZ PROSECUTORS AND JURY MEMBERS IN TRIAL (COURT(S)). OLIVIA COWBOY "USED" M.D. WALKER TO, "FALSLY REPORT, THE "REAL AGGRIVATOR" (MARCELLA COWBOY), AS THE SOURE, AND CAUSE, AND PERSON "RESPONSIBLE FOR INJURY(S) INFLICTED UPON, AGAINST, DIRECTLY TO OLIVIA COWBOY. IN true light MARCELLA C. ATTACKED/ASSAULTED /KIDNAPPED/INJURED OLIVIA COBOY IN WHITE FORD TAURUS_____, THUS, M.D. WALKER FALSLY REPORTED the INJURY(S) MARCELLA C. caused, CONCERNING 1)(SPECIFICLY) 1) NECK, 2)(RT) CHEST, 3)(LT) CHEST 4.)(RT) KNEE 5.)(LT) KNEE 6.)(RT) SHEN, 7.)(LT) SHEN, 8.)(RT) UPPER LEG, 9.)(LT) UPPER LEG, 10.)(LT) ANKEL 11.) RIGHT ANKEL AND OR OTHERWISE. M.D. WALKER FALSLY REPORTED A FALSE MATERIAL FACT(S) BY "FALSLY REPORTING" that Eli Sloan was the cause when in fact MARCELLA COWBOY WAS the cause FIRST. Futhur, M.D. WALKER FALSELY REPORTED OLIVIA COWBEY self inflicted injuries while OLIVIA C. WAS Intoxicated with Alcohol, Percets AND THC who on her own Accord tripped and fell over intoxicated. LATER O.C. OVERDOSED.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   M.D. WALKER DIRECTLY caused MORDIFICATION (Fake Imprisonment), FALSE Suspicion, FALSE Probable cause, FALSE ARREST, FALSE INDICTMENT, FALSE DETAINMENT with No BAIL, FALSE CONVICTION continued "OBSTRUCTION OF JUSTICE, Defamation, SLANDER, PREJUICED, DISCRIMINATION AND JOB LOSS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>FOURTEENTH AMENDMENT DUE PROCESS, EQUAL PROTECTION</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☑ Other: <u>FALSE MEDICAL REPORT(S), COVER UP OF ABUSE</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   M.D. WALKER MADE FALSE MEDICAL DATA MEDICAL REPORT(S) (No. 106179). M.D. WALKER FAILED TO PROTECT THE REAL VICTIMS WHO ARE ELI SLOAN AND (MINOR INFANT) ELI EAGLE MASON COWBOY. INSTEAD M.D. WALKER CAUSED THE PLAINTIFF TO BE DEPRIVED OF HIS "VICTIM" BILL OF RIGHTS. M.D. WALKER CAUSED MINOR INFANT E.E.M.C. TO BE DEPRIVED OF HIS VICTIM BILL OR RIGHTS. M.D. WALKER USED THE REAL AGGREVATOR(S) IN INCIDENT NO. 06-15-019171 WHO ARE OLIVIA COWBOY, MARCELLA COWBOY, MELINDA COWBOY, NIKKI THALLS, JUSTIN SPEARS, MAX BEE COWBOY AND ROLLA McCARTHEY TO "FALSLY ACCUSE" ELI SLOAN of THE INJURY(S) caused UPON/AGAINST OLIVIA C. AND E.E.M.C., WHEN IN FACT OLIVIA C. CAUSED OR self inflicted some of her own injury while over intoxicated with alcohol - illegal percoet prescription, and THC. FURTHER OLIVIA overdosed TWICE LATER IN THE SAME DAY. IN ADDITION MARCELLA C. WAS RESPONSIBLE FOR REST OF INJURY(S) TO OLIVIA COWBOY AND NOT ELI SLOAN. FUTHER, OLIVIA C. committed neglent child abuse / physical child abuse. But that after Marcella C. committed Felony child abuse, THEN AFTER M.D. WALKER committed neglent child abuse, child abuse, deprived PHYSICAL ABUSED INFANT E.E.M.C. of Need medical Attention, which HAS GONE UNTREATED PROPERLY. THEY ALL COVERUP CHILD ABUSE with FALSE REPORT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprived of Victim Bill of Rights. MY SON WAS PLACED BACK INTO THE HAND(S) of child abuser(S) He continued to be ABUSED. Deprived of MY SON. UNABLE TO PROTECT MY SON DUE TO MORTIFICATION, FALSLY ACCUSED, DISCRIMINATED.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>N/A</u>

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __FOURTEENTH AMENDMENT, DUE PROCESS OF LAW, DEPRIVED OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS AND EQUAL PROTECTION OF LAW.__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __DISCRIMINATION IN FALSE MED. REPORT__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   M.D. WALKER RACIALY DISCRIMINATED AGAINST ELI SLOAN WITH DELIBRATE INDEFFRENCE AND TREATED ELI SLOAN, DIFFERENT, DUE TO HIS RACE, MALE GENDER, COLOR, ETC. BY INTENTIONAL REFUSING TO INCLUDE "EXHONERATING, DIRECT MATERIAL FACT(S), IN THE FALSE S.A.N.E. MEDICAL REPORT(S) (NO. 106179). SPECIFICLY, M.D. WALKER IN FALSE MED. REPORT(S) REFUSED TO TEST THE CLOTHING OF OLIVIA C. ie. SHIRT AND PANTS ETC WITH "DNA scientific TEST" TO, DETERMINE "WHO" ALL THE BLOODY, BLOOD COVERED CLOTHING, OR "THE BLOOD ON CLOTHING" BELONGED TO? EITHER OLIVIA COWBOY OR ELI SLOAN BECAUSE ALL THE came from one source - A WOUND/INJURY EITHER ON O.C. OR E.S. BUT NOT BOTH. OLIVIA C. FABRICATE A "MAKE Believe" serious of sexual assault ETC (I through VI counts) AND FALSH Claimed (FRAUDULANTLY) THE BLOOD on her shirt and pants were her(s) or Her own BLOOD (FALSE), A DNA TEST OF BLOOD would prove "IN TRUE LIGHT" All (100%) of the BLOOD BELONG(S) ALL TO ONLY ELI SLOAN AND "NOT" OLIVIA C. AND PROVE A FALSE POLICE REPORT, false 911 call, False Probable cause, AND False Medical report BY M.D. WALKER AND OLIVIA COWBOY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Racial DISCRIMINATION, DISCRIMINATION, Deliberat indiffrence, MORTIFICATION OF Eli SLOAN (FALSE IMPRISONMENT), FALSE probable cause, false arrest, defamation, SLANDER, JOB WAGE LOSS, OBSTRUCTION OF JUSTICE, COLLATERAL DAMAGES, PUNITIVE DAMAGE

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT IV

1. State the constitutional or other federal civil right that was violated: __UNCONSTITUTIONAL VIOLATION OF INDIAN CIVIL RIGHT ACT, EQUAL PROTECTION__

2. **Count.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☑ Other: __MEDICAL MANAGEMENT__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   TUBA CITY REGIONAL HEALTH CARE CORPERATION EXERCISE AUTHORTY (10-05-15) OVER M.D. WALKER WHO WAS UPROFESSIONAL AND UNETHICAL IN FALSE MEDICAL DATA ENTERED INTO S.A.N.E. MEDICAL REPORT NO. 106179. T.C.R.H.C.C. WAS NEGLEGENT CONCERNING SUPERVISION IN M.D. WALKERS UNLAWFUL CRIMINAL MISCONDUCT, RACIAL DISCRIMINATION, DISCRIMINATION, deliberit INDIFFRENCE AND RECKLESS DISREGUARD FOR THE TRUTH IN the "FALSE MEDICAL REPORT(S). (REFUSE TO RESPOND to GREIVANCES) T.C.R.H.C.C. FAILED POLICY AND PROCEEDURES IN SPECIFIC ISSUE CONCERNING FALSE SEXUAL ASSUALT REPORT BY SPOUCE IN order to cover up child abuse AND Domestic Violence by the Mother OLIVIA COWBOY AND AUNT(S) Marcella Cowboy AND melinda Cowboy A "FRAME THE REAL VICTIM(S) Eli' sloan FOR THIER OWN CRIMES AND self Inflicted Injury(S) DUE to over Intoxication, overdose of various DRUG(S) AND alcohol 1) METH, Alchol, marijuana, Illegal Narcotic PAIN Pills etc... Which M.D. FAILED TO INclude or current in M.D. WALKER False medical REPORT(S). RESULTING IN failed, Neglegent supervision.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Neglent child abuse, child abuse of INFANT SON E.E.M.C., deprived baby of Needed medical ATTION for child abuse, MORTIFICATION of Eli' Sloan, SLANDER, Defamed, False probable cause, false arrest, False Indictment, Job loss, Discrimination

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT V

1. State the constitutional or other federal civil right that was violated: __NAVAJO TREATY TO BE PROTECTED OF BAD MEN (WOMEN)__

2. **Count.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __NEGLENT / DISCRIMINATION__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(10-05-2015) M.D. WALKER WAS NEGLENT IN EXERCISE OF AUTHORITY OF PATIENT OLIVIA Cowboy, FBI WRITER RICHARD SUTHERLAND, KAYENTA P.D. CI INVESTIGATOR BY PRODUCING AND PROVIDING FALSE S.A.N.E REPORT(S) TO ALL STATED ABOVE. (10-05-2015 to other dates) M.D. WALKER FAILED TO CORRECT THE FALSE S.A.N.E MEDICAL REPORT NO. 106179 WITHIN GRIEVANCE PROCEEDING which INCLUDED "Judical Notices of false police reports BY olivia Coboy, marcella Cowboy, melinda cowboy, Justin spears, Rolla McCartney, Nikki tallis, AND MAX BEE Cowboy. Futher M.D. Walker was IN Violation of ETHIC IN Eli Sloan and E.E.M.C. Victim Bill of RIGHTS), IN Violation of protection rights of Domestic Violence Protection order No. KY-FC-573-2014 (DV) IN which Eli Sloan AND E.E.E.C ARE PROTECTED FAMILY MEMBERS AND Marcella Cowboy ARE THE "restricted Person. Futher deprived Eli Sloan of his Victim protection right IN which Sloan, Eli IS protected party IN his Victim status IN OR Because OLIVIA C. was and still Is on court-probation for Domestic Violence.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Neglent discrimination, deprived of Victim under Victim bill of right, Deprived of equal protection, racial profiled, delibret Indifference Not to corret the false medical report or DNTIA, embarassment, loss of life.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT VI

1. State the constitutional or other federal civil right that was violated: __FIFTH AMENDMENT__
   __Due process, privilages AND Immunities__

2. Count. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail          ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other: __DUTY/MANDATUR Report of child abuse__.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   M.D. Walker violated Eli Sloan(s) privileges and Immunites In (10-05-2015) mandatury Reporting of felony child abuse against minor Infant Eli Engle mason cowboy. M.D. Walker purposly Ingnored Eli Sloan truthful reports, Olivia Cowboy was extremly Intoxicated with alcohol and varcouse drugs at the TIME of the Incident No. 06-15-019171 and Medical Report No. 106179, M.D. Did not Include Olivia C. alcohol and drug use in reports and did not Tell the jurey the truth of Olivia C. Drug and alcohol use in the day in question. M.D. Walker Blackend and degenerated Eli Sloan as a EVIL MAN TO SUCH A degree IT deprived Eli Sloan his Immunity and privilage to be free of criminal and civil libility which are automatic for persons who Report manndatory child abuse truthfuly and who are eyewitness to felony child abuse. M.D. Walker's win win Attitude and Disregaurd to unearth the TRUTH deprived him of his rights

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   deprived of Immunity from criminal and civil libility, MALPRACTICE, Blacked and degenerated Eli Sloan, mortification, economic loss on going re victimization, on going slander, defamation and deprived of rights.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-C

## COUNT V.II

1. State the constitutional or other federal civil right that was violated: __FOURTH AMENDMENT DUE PROCESS, OBSTRUCTION OF JUSTICE__

2. **Count** __ Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __REFUSAL TO TEST BLOOD WITH DNA TEST__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   M.D. Walker, supervisors, T.C.R.H.C.C. and Navajo Nation all were negligent in the "OBSTRUCTION OF JUSTICE" in the deliberate Refusal to test the bloody shirt and pants of Olivia Cowboy with labatory test(s) of DNA to prove who the blood belongs to? Olivia C. or Eli Sloan? (Oct 5th 2015, and continued through 09-6-2015, and 09-14-2015, to present date.) In true light "ALL" as in 100% "All" the blood on the bloody clothing belongs to "ONLY" "ELI SLOAN" NO IF AND OR BUTT(S)! THIS IS EXCULPATORY MATERIAL FACT AND EVIDENCE which would EXHONERATE MR. SLOAN, ELI, or at least grant MR. SLOAN a RETRIAL. FAILED TO PROPERLY Supervise M.D. Walke who MADE A FALSE(S) STATEMENT(S) of MEDERIAL FACTS. M.D. WALKER "DID NOT" Include "test" Results, "IN" the False medical S.A.N.E. Report Because M.D. Walker is Rasist, Discrimatory against MR. SLOAN, Prejudice against him, and to this day of 01-01-2017 Refuses to test the clothing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   deprived of Patient bill of rights, breach of contract, LACK of DNA test to exhonerate Mr. Sloan, ongoing Re Victimization, embursement, slander, defamed, murdered, deprived Sloan of family.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT VIII

1. State the constitutional or other federal civil right that was violated: __Fourth Amendment__
   __Due process,__

2. **Count.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail            ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property       ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☑ Other: __MIS__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   ON 10-05-2015 M.D. Walker was unethical showed act(s) of misconduct in her "BIMS", false, medical report(s) no. 106179 and concerning incident no. 06-15-019171 full of "false statement(s)" of material facts i.e. (LT) chest, (RT) chest, (LT) shen, (RT) shen, (LT) neck, (RT) cheek, (LT) cheek, (RT) knee, (LT) knee, (RT) upper leg, (LF) upper leg, (RT) ankle, (LT) ankle, alcohol "nhol" use by Olivia Cowboy, illegal prescription narcotic pain pill overuse or abuse, marijuana/THC use, 2 overdoses of Olivia Cowboy and first aid rescue measure used to wake up/or revive the patient back to responsiveness, Faild to include Eli Sloan injures in report(s), faild to include Infant child several child abuse injury(s) which some were near death and included brain, concussion. M.D Walke fals/y reported and falsely blamed all the above injury(s) in falsely misrepresention "that" Eli Sloan was the causes of injury when marcella C. and marcella C. were the "real" cause.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Eli Sloan suffered in great prejudice with in, investigations, court(s), trial, post conviction relief, slander, threat to life, mortification, deprived of life liberty and justice.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-E

## E. REQUEST FOR RELIEF

State the relief you are seeking:

DAMAGES OF 1. DEFAMATION, SLANDER AND EMBARRSSMENT #8,000,000.00, 2. RACIAL PROFILING AND RACIAL DISCRIMINATION #8,000,000.00, 3. MORTIFICATION #10,000,000.00, 4. DEPRIVETED OF VICTIMS STATUS RIGHT(S) #8,000,000.00, 5. DEPRIVING FATHER SON OF NEEDED MEDICAL ATTENTION / NEGLENT MEDICAL ATTENTION #10,000,000.00, 6. COLLATORIAL DAMAGES, PUNITNE, COMPENTARY, NOMINAL, EXAMPLATORY (DAMAGES) #20,000,000.00, 7- WAS LOSS #120,000 A YEAR, 8. RECONSTRUCTION OF INCIDENT NO. 06-15-01971 IN CHRONOLOGICAL ORDER OF WHO, WHAT, WHEN, WHERE, HOW etc., 9. TEST ALL BLOOD, ie shirt + pants with DNA TEST ETC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01-01-2017                           (S)  ELF SLOAN
            DATE                                      SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# CERTIFICATE OF SERVICE

Case Name: <u>ELI SLOAN</u> v. <u>NAVAJO NATION, TUBA CITY REGIONAL HEALTH CARE CORP. AND CORRINE WALKER M.D.</u>

Case No.: <u>CV-16-08220-PCT-PGR-(DMF)</u>

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the <u>CIVIL RIGHT COMPLAINT BY A PRISONER, FIRST AMENDED Complaint</u>
(title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

<u>(S) ELI SLOAN 01-01-2017</u>
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| TO: TUBA CITY REGIONAL HEALTH CARE CORPORATION | 167 N. MAIN STREET PO BOX 600 TUBA CITY, ARIZONA 86045 | 01-01-2017 |
| AND TO: HEAD QUARTERS OF NAVAJO NATION PRESIDENT RUSSEL BEGAY ADMINISTRATION | PO BOX 7440 WINDOW ROCK, AZ 86515 | 01-01-2017 |
| AND TO: U.S. DISTRICT COURT CLERK | U.S. COURTHOUSE, SUITE 130 401 WEST WASHINGTON STREET SPC 10 PHOENIX, ARIZONA 85003-2119 | 01-01-2017 |